No. 78. LOHR v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. *Robert M. Brake* and *Benjamin W. Turner* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Morton Hollander* for the United States.

No. 82. COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, v. OHIO BELL TELEPHONE Co. C. A. 6th Cir. Certiorari denied. *Howard M. Metzenbaum* and *Charles V. Koons* for petitioner. *Ashley M. Van Duzer* for respondent.

No. 84. MOHAWK REFINING CORP. ET AL. v. FEDERAL TRADE COMMISSION. C. A. 3d Cir. Certiorari denied. *Seymour Friedman* for petitioners. *Solicitor General Rankin, Acting Assistant Attorney General Bicks, Richard A. Solomon* and *P. B. Morehouse* for respondent.

No. 87. STATES MARINE CORPORATION OF DELAWARE v. ALDRIDGE. C. A. 9th Cir. Certiorari denied. *Francis L. Tetreault* for petitioner. *Richard Gladstein* and *Norman Leonard* for respondent.

No. 88. BERNSTEIN v. OHIO. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se*. *John T. Corrigan* for respondent.

No. 89. DALLAS GENERAL DRIVERS, WAREHOUSEMEN & HELPERS, LOCAL No. 745, v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *L. N. D. Wells, Jr., David Previant* and *Herbert Thatcher* for petitioner. *Solicitor General Rankin, Jerome D. Fenton, Thomas J. McDermott* and *Dominick L. Manoli* for respondent.